UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY ROHN,<br><br>    Plaintiff,<br><br>    v.<br><br>JESS JAMISON AND WESTERN STATE HOSPITAL,<br><br>    Defendants. | CASE NO. C11-5679-BHS-JRC<br><br>ORDER RE-DESIGNATING THE ACTION AS A CIVIL RIGHTS ACTION |

      Plaintiff in this action filed a "petition for a writ of mandamus" asking the Court to order the evacuation of Western State Hospital (ECF No. 1). Plaintiff alleges that asbestos in the buildings makes the facility unsafe.

      The Clerk's Office filed the action as a petition for a writ of habeas corpus. Review of the documents shows that plaintiff is seeking injunctive relief in the form of evacuation of the facility. Thus, the Court re-designates this action as a civil rights action brought pursuant to 18 U.S.C. § 1983.

1 | The Clerk's Office is directed to change the case to a civil rights action in ECF and send
2 | plaintiff a copy of this order.

3 | Dated this 20th day of October, 2011.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER RE-DESIGNATING THE ACTION AS A
CIVIL RIGHTS ACTION - 2