1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10    TIMOTHY ROHN,

11                         Plaintiff,                CASE NO. C11-5679-BHS-JRC

12           v.                                      ORDER RE-DESIGNATING THE
                                                     ACTION AS A CIVIL RIGHTS
13    JESS JAMISON AND WESTERN STATE                 ACTION
      HOSPITAL,
14
                           Defendants.
15

16
             Plaintiff in this action filed a "petition for a writ of mandamus" asking the Court to order
17
      the evacuation of Western State Hospital (ECF No. 1). Plaintiff alleges that asbestos in the
18
      buildings makes the facility unsafe.
19
             The Clerk's Office filed the action as a petition for a writ of habeas corpus.  Review of
20
      the documents shows that plaintiff is seeking injunctive relief in the form of evacuation of the
21
      facility.  Thus, the Court re-designates this action as a civil rights action brought pursuant to 18
22
      U.S.C. § 1983.
23

24

1       The Clerk's Office is directed to change the case to a civil rights action in ECF and send

2 plaintiff a copy of this order.

3       Dated this 20th day of October, 2011.

4

5                                   J. Richard Creatura

6                                   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24