UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY ROHN,

                    Plaintiff,

        v.

JESS JAMISON AND WESTERN
STATE HOSPITAL.

                    Defendants.

CASE NO. C11-5679-BHS-JRC

ORDER TO AMEND IN
FORMA PAUPERIS
APPLICATION AND SUBMIT
DOCUMENTS

        The Court has designated this action as a civil rights action. Plaintiff is ordered to submit the proper form for an application to proceed in forma pauperis. Because plaintiff is housed in the F-5 unit of Western State Hospital, the Court assumes he is either a pre trial detainee or an inmate sent to Western State for evaluation or treatment. If so, the Prison Litigation Reform Act would apply. If the Court's assumption about plaintiff's status is incorrect, then plaintiff should immediately inform the Court of that fact.

The Clerk's Office is directed to send plaintiff the proper forms to proceed in forma pauperis. Plaintiff has until December 2, 2011 to return the filled-out forms and to provide an inmate account statement. If the forms are not returned, or the plaintiff's income statement is not provided, then the Court will recommend in forma pauperis status be denied.

Dated this 3rd day of November, 2011.

J. Richard Creatura
United States Magistrate Judge