# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

TIMOTHY ROHN,

        Plaintiff,

v.

JESS JAMISON AND WESTERN STATE HOSPITAL.

        Defendants.

CASE NO. C11-5679-BHS-JRC

ORDER TO AMEND IN FORMA PAUPERIS APPLICATION AND SUBMIT DOCUMENTS

The Court has designated this action as a civil rights action. Plaintiff is ordered to submit the proper form for an application to proceed in forma pauperis. Because plaintiff is housed in the F-5 unit of Western State Hospital, the Court assumes he is either a pre trial detainee or an inmate sent to Western State for evaluation or treatment. If so, the Prison Litigation Reform Act would apply. If the Court's assumption about plaintiff's status is incorrect, then plaintiff should immediately inform the Court of that fact.

1       The Clerk's Office is directed to send plaintiff the proper forms to proceed
2 in forma pauperis. Plaintiff has until December 2, 2011 to return the filled-out
3 forms and to provide an inmate account statement. If the forms are not returned, or
4 the plaintiff's income statement is not provided, then the Court will recommend in
5 forma pauperis status be denied.
6       Dated this 3rd day of November, 2011.

                                                   J. Richard Creatura
                                                   United States Magistrate Judge