UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY ROHN,

Plaintiff,

v.

JESS JAMISON AND WESTERN STATE HOSPITAL,

Defendants.

CASE NO. C11-5679-BHS-JRC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER.

Plaintiff's application for leave to proceed in forma pauperis (ECF No. 7) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. The portion of the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff. Plaintiff does not appear to have funds available to afford the $350.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to mail a copy of this Order to Plaintiff.

Dated this 28th day of November, 2011.

J. Richard Creatura
United States Magistrate Judge