UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY ROHN,

        Plaintiff,

v.

JESS JAMISON,

        Defendant.

CASE NO. C11-5679 BHS-JRC

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR PRODUCTION OF DOCUMENTS

The district court has referred this 42 U.S.C. §1983 civil rights matter to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff asks the Court to issue a subpoena ordering defendants to provide plaintiff with all records pertaining to plaintiff from Western State Hospital (ECF No. 15). Defendants do not oppose the entire motion, even though the time for conducting discovery is almost over, and this motion would not be timely under the Court's Scheduling Order (ECF No. 14).

Defendant's response would allow plaintiff access to medical records for a period of three years, from November 10, 2008 to November 10, 2011 (ECF No. 16, page 5).

1  The Court has reviewed the request and the response and finds the response reasonable.
2  Plaintiff's motion is granted in part and denied in part, consistent with defendant's response.
3  Defendants should make arraignments for plaintiff to view this portion of his medical record
4  within the next thirty days.   Plaintiff may find that he is charged for any copies of the record he
5  wants. Plaintiff's status as an in forma pauperis litigant does not pay all costs of litigation.

Dated this 21st day of June, 2012.

_J. Richard Creatura_
J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING IN PART AND DENYING IN
PART PLAINTIFF'S MOTION FOR
PRODUCTION OF DOCUMENTS - 2