The Honorable BENJAMIN H. SETTLE
U.S. Magistrate Judge J. RICHARD CREATURA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| TIMOTHY ROHN,<br><br>                              Plaintiff,<br><br>v.<br><br>JESS JAMIESON and WESTERN STATE HOSPITAL,<br><br>                              Defendants. | NO.  C11-05679 BHS/JRC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND PLAINTIFF'S TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION (ECF NO. 19) |

THIS MATTER having come before the Court without oral argument on the defendants' Motion to Extend Time to File Objections to Report and Recommendation (ECF No. 19), and the Court, having reviewed the records and files herein, does hereby find and ORDER:

1.   The defendants' Motion to Extend Plaintiff's Time to File Objections to Report and Recommendation is hereby **GRANTED.**  The plaintiff shall be allowed 14 days to file any objections to the Report and Recommendation from the date he received a copy of the report mailed to him by the defendants.

2.   The Clerk is directed to send copies of this Order to the plaintiff and to counsel for the defendants.

//

ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND PLAINTIFF'S
TIME TO FILE OBJECTIONS TO R&R
(ECF NO. 19)--NO. C11-05679 BHS/JRC

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1    DATED this ___ day of November, 2012.

2

3

4                    HONORABLE J. RICHARD CREATURA
                   United States Magistrate Judge

5

6    Presented by:

7    ROBERT M. MCKENNA
     Attorney General

8

9

     s/Amber L. Leaders
10   AMBER L. LEADERS, WSBA No. 44421
     Assistant Attorney General
11   Attorneys for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING DEFENDANTS'          2           ATTORNEY GENERAL OF WASHINGTON
MOTION TO EXTEND PLAINTIFF'S                   7141 Cleanwater Dr SW
TIME TO FILE OBJECTIONS TO R&R                  PO Box 40124
(ECF NO. 19)--NO. C11-05679 BHS/JRC            Olympia, WA 98504-0124
                                                                  (360) 586-6565