The Honorable BENJAMIN H. SETTLE
U.S. Magistrate Judge J. RICHARD CREATURA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TIMOTHY ROHN,<br><br>                    Plaintiff,<br><br>v.<br><br>JESS JAMIESON and WESTERN STATE HOSPITAL,<br><br>                    Defendants. | NO. C11-05679 BHS/JRC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND PLAINTIFF'S TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION (ECF NO. 19) |

THIS MATTER having come before the Court without oral argument on the defendants' Motion to Extend Time to File Objections to Report and Recommendation (ECF No. 19), and the Court, having reviewed the records and files herein, does hereby find and ORDER:

1. The defendants' Motion to Extend Plaintiff's Time to File Objections to Report and Recommendation is hereby **GRANTED**. The plaintiff shall be allowed 14 days to file any objections to the Report and Recommendation from the date he received a copy of the report mailed to him by the defendants.

2. The Clerk is directed to send copies of this Order to the plaintiff and to counsel for the defendants.

//

ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND PLAINTIFF'S
TIME TO FILE OBJECTIONS TO R&R
(ECF NO. 19)--NO. C11-05679 BHS/JRC

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1 | DATED this ___ day of ~~November~~ October, 2012.

3 | _____
4 | HONORABLE J. RICHARD CREATURA
  | United States Magistrate Judge   *Benjamin H. Settle*

6 | Presented by:

7 | ROBERT M. MCKENNA
  | Attorney General

10 | s/Amber L. Leaders
   | AMBER L. LEADERS, WSBA No. 44421
   | Assistant Attorney General
11 | Attorneys for Defendants

ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND PLAINTIFF'S
TIME TO FILE OBJECTIONS TO R&R
(ECF NO. 19)--NO. C11-05679 BHS/JRC

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565