1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY ROHN,

               Plaintiff,

v.

JESS JAMISON, et al.,

               Defendants.

CASE NO. C11-5679 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

13   This matter comes before the Court on the Report and Recommendations ("R&R")
14 (Dkt. 19) of the Honorable J. Richard Creatura, United States Magistrate Judge, and the
15 Court's order granting a motion for extension of time to file objections (Dkt. 23).
16   On September 28, 2012, Judge Creatura issued the R&R. Subsequent to the filing
17 of the R&R, Defendants filed a motion of extension of time for the Plaintiff to file any
18 objections. The motion was granted, and Plaintiff was given until November 30, 2012, to
19 file objections. Dkt. 23. The R&R has been ripe for almost two weeks and the Court has
20 not received objections.  Therefore, the Court having considered the R&R, the remaining
21 record, and no objections having been filed, does hereby find and order as follows:
22   (1)   The R&R is **ADOPTED**;

ORDER - 1

(2) Defendants' motion for judgment on the pleadings is granted. This action is dismissed with prejudice;

(3) In forma pauperis status is revoked for purpose of appeal; and

(4) This action is **DISMISSED**.

Dated this 12th day of December, 2012.

                BENJAMIN H. SETTLE
                United States District Judge