UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY ROHN,

                Plaintiff,

v.

JESS JAMISON, et al.,

                Defendants.

CASE NO. C11-5679 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

      This matter comes before the Court on the Report and Recommendations ("R&R") (Dkt. 19) of the Honorable J. Richard Creatura, United States Magistrate Judge, and the Court's order granting a motion for extension of time to file objections (Dkt. 23).

      On September 28, 2012, Judge Creatura issued the R&R. Subsequent to the filing of the R&R, Defendants filed a motion of extension of time for the Plaintiff to file any objections. The motion was granted, and Plaintiff was given until November 30, 2012, to file objections. Dkt. 23. The R&R has been ripe for almost two weeks and the Court has not received objections. Therefore, the Court having considered the R&R, the remaining record, and no objections having been filed, does hereby find and order as follows:

      (1)      The R&R is **ADOPTED**;

(2) Defendants' motion for judgment on the pleadings is granted. This action is dismissed with prejudice;

(3) In forma pauperis status is revoked for purpose of appeal; and

(4) This action is **DISMISSED**.

Dated this 12th day of December, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2